# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:18-cr-595 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MICHAEL WINLAND, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 1/5/2023. Supplemental reports were filed on 5/3/2023 and 5/16/2023. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that the parties appeared for a preliminary hearing on 6/7/2023. The hearing involved the following violations:

1. New Law Violation.

The magistrate judge filed a report and recommendation on 5/23/2023, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on 8/2/2023. Present were the following: Assistant U.S. Attorney Peter Daly, representing the United States; Attorney Carolyn Kucharski, representing the defendant; the Defendant Michael Winland; and United States Probation Officers Ashley Frank and Shane Facenbaker.

No objections were filed to the report and recommendation of the magistrate judge.

Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 1 day. The defendant is to report to the United States Marshal Service on August 3, 2023, by 9:00 a.m. to serve his custody term.  Following release from his custody term, the defendant shall serve a term of supervised release of 6 months under the same terms and conditions as previously set, with the following additional condition:  Defendant must complete 50 hours of community service. The probation officer will supervise the defendant's participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

**IT IS SO ORDERED**.

Dated: August 2, 2023

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT COURT**
**CHIEF JUDGE**